# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHELE RELLE AND LOUIS
RELLE

VERSUS

REPUBLIC FIRE AND CASUALTY
INSURANCE COMPANY, LOYA
INSURANCE COMPANY, AND SOE
GUADALUPE MORALES

NO.   2021 CW 0938

**NOVEMBER 02, 2021**

In Re:    Michele   Relle   and   Louis   Relle,   applying   for
supervisory   writs,   19th   Judicial   District   Court,
Parish of East Baton Rouge, No. 684521.

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMG
WRC

**Holdridge, J.,** concurs. This grant of a partial summary
judgment is an interlocutory ruling which may be revised by the
trial court at any time.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT